UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 17-62218-CIV-MARTINEZ-HUNT**

DENTAL FIX RX, LLC
 Plaintiff/Counterclaim Defendant,

v.

BRANDON MOORE and
PRACTICEWORKS, LLC
 Defendants/Counterclaimants,

v.

DAVID LOPEZ, *et al.*,
 Counterclaim Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

 THIS MATTER was referred to the Honorable Patrick M. Hunt, United States Magistrate Judge, for a report and recommendation on Plaintiff and Counter-Defendants' Motion for Bill of Costs, (ECF No. 150), and Motion for Attorney's Fees, (ECF No. 154). Judge Hunt issued a report and recommendation ("R&R") recommending that the motions be granted. (ECF No. 159). No objections to the R&R have been filed and the deadline to do so has passed.

 Accordingly, after careful consideration, it is

 **ADJUDGED** that United States Magistrate Judge Hunt's Report and Recommendation, (ECF No. 159), is **AFFIRMED** and **ADOPTED**.

 It is further **ADJUDGED** that:

 1. Plaintiff/Counter-Defendant Dental Fix Rx, LLC and Counter-Defendants, David Lopez, Darine Miller, and Michael Parker, shall be awarded $167,921.40 in attorneys' fees and $4,925.90 in costs, for a total award of $172,847.30.

2

    2.    A final judgment on attorney's fees and costs shall issue by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of February, 2022.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Hunt
All Counsel of Record